UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GREEN SHADES SOFTWARE, INC.,

        Plaintiff,

vs.                                                          Case No.  3:13-cv-1090-J-UATC-MCR

ADP, INC.,

        Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Motion to Seal Confidential Document (Doc. 3) filed September 11, 2013.  Plaintiff seeks to file under seal Exhibit A to its Complaint (Doc. 1).

Local Rule 1.09 of the Local Rules for the Middle District of Florida permits a paper to be filed under seal if the moving party provides: (i) an identification and description of each item proposed for sealing; (ii) the reason that filing each item is necessary; (iii) the reason that sealing each item is necessary; (iv) the reason that a means other than sealing is unavailable or unsatisfactory to preserve the interest advanced by the movant in support of the seal; (v) a statement of the proposed duration of the seal; and (vi) a memorandum of legal authority supporting the seal.  The Court will permit the sealing of Exhibit A to Plaintiff's Complaint (Doc. 1) because Plaintiff has satisfied each of these requirements and because the Court finds there is a compelling interest in protecting the information and the sealing of these documents is narrowly

tailored to that interest.  See Brown v. Advantage Engineering, Inc., 960 F.2d 1013, 1016 (11th Cir. 1992) (citing Wilson v. American Motors Corp., 759 F.2d 1568, 1571 (11th Cir. 1985)).

Accordingly, after due consideration, it is

**ORDERED**:

Plaintiff's Motion to Seal Confidential Document (Doc. 3) is **GRANTED**.  The Clerk shall delete the document filed as Plaintiff's Exhibit A to the Complaint (Doc. 1) and file it under seal until further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida this  13th  day of September, 2013.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party